## No. 17,181.

STEELE *v.* MAY DEPARTMENT STORES COMPANY.
(265 P. [2d] 237)

Decided December 28, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. DON B. OLIVER, Mr. W. H. ERICKSON, LILA I. LUD-LAM, for plaintiff in error.

Messrs. SHELDON & NORDMARK, for defendant in error.